UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
       Plaintiff

Case No. 08-12774
Hon. George Caram Steeh

-v-

HAROLD ROBINSON, JR.,
       Defendant

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
_____

       The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant. The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

       Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 3] is GRANTED.

       It is ORDERED that the plaintiff may serve the defendant, HAROLD ROBINSON, JR., with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at: 5069 Ormond, Davisburg, Michigan 48350;

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

Dated: August 13, 2008

                                 S/George Caram Steeh
                                 GEORGE CARAM STEEH
                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 13, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk